Lorenzo Duncan, Respondent, v. Nassau Electric Railroad Company and the Brooklyn Heights Railroad Company, Appellants.— Judgment reversed on reargument and new trial granted before the court, costs to abide the event, unless the plaintiff consent to reduce the damages to $3,000, in which case the judgment as so reduced is affirmed, without costs here. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Empire Brick and Supply Company, Respondent, v. Mary T. Denike and Sarah Beard, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Yetta Fleischner, Appellant, v. Morris Lefstein and Sarah Rosenfeld, etc., and John Murray, City Marshal, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Harris Ginsberg, Respondent, v. Joseph M. Schwartz, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Joseph Gold, Respondent, v. Charles Lerner and Philip F. Reinhardt, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

David Goldstein, Respondent, v. Adolph Goldberg and Jacob Goldberg, Appellants.—Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Anna Gross, Respondent, v. Michele Ajello, Appellant.— Appeal dismissed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Peter C. Hains, Jr., Respondent, v. Claudia E. Hains, Appellant.— Order in so far as appealed from affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Bert Haley, Respondent, v. Hudson River Woolen Mills, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Frank M. Ho-Glen, Respondent, v. James Livingston Construction Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

William G. Hoople and Others, Respondents, v. Simon Schneider and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.